Certificate Number: 05781-GAS-DE-041414449

Bankruptcy Case Number: 26-30131

05781-GAS-DE-041414449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 9:13 o'clock AM PDT, Erik Dixon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: September 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President